IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WINSTON FRANCISCO FERREIRA          :
                                    :
                                    :
                                    :
              Petitioner,           :    3:26-cv-1424
                                    :    (JUDGE MARIANI)
    v.                              :
                                    :
                                    :
CRAIG LOWE, WARDEN, PIKE            :
COUNTY CORRECTIONAL FACILITY        :
                                    :
              Respondent.           :

## ORDER

AND NOW, THIS ___16th___ DAY OF JUNE 2026, upon consideration of Petitioner

Winston Francisco Ferreira's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241

(Doc. 1), Respondent's response, (Doc. 9), Petitioner's traverse (Doc. 10), and for the

reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED**

**THAT**:

1. Petitioner's habeas petition is **DENIED**.

2. Petitioner's motion for immediate release (Doc. 2), is **DENIED**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge